27 P. 872 
1 Colo.App. 126
 IRELAND v. PEOPLE. 
Court of Appeals of Colorado
October 12, 1891

 
 Error
 to district court, Weld county; T.M. ROBINSON, Judge.
 
 
 W.W.
 Cooke, for plaintiff in error.
 
 
 The
 Attorney General, for the People.
 
 
 [1
 Colo.App. 127] RICHMOND, P.J.
 
 
 The
 plaintiff in error, Ireland, was, by the grand jury of the
 eighth judicial district, charged by indictment with the
 crime of grand larceny. The cause came on for trial, and
 resulted in a verdict of guilty. Motion to set aside the
 verdict and for a new trial was duly interposed, but the
 court denied the motion, and gave judgment upon the verdict.
 Numerous errors are assigned, but we deem it unnecessary to
 consider any of them save and except the second, which is to
 the effect that the verdict of the jury is not supported by
 the evidence in this case. We have carefully reviewed all of
 the testimony, and reached the conclusion that the verdict
 was unwarranted by the evidence, and that the court erred in
 refusing to set aside the verdict and grant a new trial. In
 view of the fact that the attorney general, who represents
 the people in this case, has filed in this court a statement
 to the effect that he will file no briefs or argument in the
 cause, and does not urge an affirmance of the judgment
 rendered, it would be superfluous for us to extend the
 opinion by reference to the testimony submitted at the trial.
 The judgment must be reversed, and the cause remanded.